IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| EDWARD ODQUINA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HONOLULU COUNTY, and HOLLY T. SHIKADA, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>　　　　　Defendants. | CIVIL NO. 22-CV-00407-DKW-WRP<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S COUNTERCLAIM AGAINST PLAINTIFF EDWARD ODQUINA<br><br>Trial Date:  None<br>Judge:  Hon. Derrick K. Watson |

**DEFENDANT CITY AND COUNTY OF HONOLULU'S
COUNTERCLAIM AGAINST PLAINTIFF EDWARD ODQUINA**

Defendant/Counterclaimant City and County of Honolulu ("City"), by and through its attorneys, the Department of the Corporation Counsel, Dana M.O. Viola, Corporation Counsel, and Deputies Corporation Counsel Daniel M. Gluck and Justin M. Luney, hereby counterclaims against Plaintiff/Counterclaim Defendant Edward Odquina as follows:

　　　　1.　　Defendant/Counterclaimant City and County of Honolulu is a municipal organization and political subdivision of the State of Hawaiʻi.

2. Plaintiff/Counterclaim Defendant Edward Odquina ("Odquina") is a resident of the City and County of Honolulu, State of Hawaiʻi.

3. In 2021, the City issued a two special-numbered license plates to Odquina with the letters "FCKBLM."

4. The City issued Plaintiff's FCKBLM license plates in error.

5. The City received complaints from the public regarding the FCKBLM license plate.

6. On or around July 6, 2021, the City's Department of Customer Services recalled the license plates by letter to Odquina. The letter requested Plaintiff return the license plates and receive new personalized license plates, at no charge.

7. On or around June 30, 2022, the City's Department of the Corporation Counsel sent a demand letter to Odquina to return the FCKBLM license plates.

8. As of the date of this filing, Odquina has not returned the FCKBLM license plates to the City.

9. The City is the owner of the FCKBLM personalized license plates.

10. Odquina has no rights, title, or interest in the FCKBLM license plates.

11. Haw. Rev. Stat. § 249-9.1 allows the counties to provide special number plates, so long as the special number plates not have the letter and numeral combinations of regular plates, be misleading, or be publicly objectionable.

12. The letters "FCK," combined, is an abbreviation for the profanity "f-ck."

13. Pursuant to Haw. Rev. Stat. § 249-9.1, effective January 1, 2022, the fee for special number plates is $60.00 upon initial application and $60.00 upon each annual renewal of the vehicle registration.  Prior to January 1, 2022, the fee for the initial application and upon each annual renewal was $25.00.

## COUNT I
## REPLEVIN

14. The City is entitled to immediate possession of the two FCKBLM license plates.

15. The property has not been taken by Odquina for a tax, assessment, or fine pursuant to a statute, or seized under an execution or an attachment against the City or the City's property.

16. Odquina maintains possession of the two FCKBLM license plates or is otherwise in custody or control of the two FCKBLM license plates.

17. There are no other parties than the City that has a claim or property interest in the two FCKBLM license plates.

18. Replevin is a remedy available in Hawai'i through the common law and through Hawai'i Revised Statutes §§ 654-1 et seq.

## PRAYER FOR RELIEF

The City requests the following relief:

A. A writ of replevin in favor of the City and against Plaintiff Edward Odquina for return of the two FCKBLM license plates;

B. A mandatory injunction in favor of the City and against Plaintiff Edward Odquina for return of the two FCKBLM license plates;

C. Such other relief as the Court deems just and proper.

DATED: Honolulu, Hawaiʻi, October 3, 2022.

                DANA M.O. VIOLA
                Corporation Counsel


                By /s/ Daniel M. Gluck
                    DANIEL GLUCK
                    JUSTIN M. LUNEY
                    Deputies Corporation Counsel
                    Attorney for Defendant
                      City and County of Honolulu