DEPARTMENT OF THE CORPORATION COUNSEL

DANA M.O. VIOLA         6095
Corporation Counsel

DANIEL M. GLUCK        7959
JUSTIN M. LUNEY        10848-0
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaiʻi  96813
Telephone: (808) 768-5233 / (808) 768-5238
Facsimile:  (808) 768-5105
E-Mail:     daniel.gluck@honolulu.gov
            justin.luney@honolulu.gov

Attorneys for Defendant/Counterclaim-Plaintiff
  City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| EDWARD ODQUINA,<br><br>       Plaintiff/Counterclaim-Defendant,<br><br>   vs.<br><br>HONOLULU COUNTY,<br><br>       Defendant/Counterclaim-Plaintiff, and<br><br>HOLLY T. SHIKADA, in her Official Capacity as the Attorney General of the State of Hawaii,<br><br>       Defendant. | CIVIL NO. 22-CV-00407-DKW-WRP<br><br>DEFENDANT/COUNTERCLAIM-PLAINTIFF CITY AND COUNTY OF HONOLULU'S **REQUEST TO THE CLERK OF COURT TO ENTER DEFAULT PURSUANT TO F.R.C.P. 55(a)** (relating to ECF No. 18-1); DECLARATION OF DANIEL M. GLUCK; (PROPOSED) ORDER ENTERING DEFAULT; CERTIFICATE OF SERVICE<br><br>Trial Date:  None |

Defendant/Counterclaim-Plaintiff City and County of Honolulu ("City") respectfully requests that the Clerk of Court enter default on the City's Counterclaim against Plaintiff/Counterclaim-Defendant Edward Odquina ("Plaintiff") (ECF No. 18-1) pursuant to Federal Rule of Civil Procedure 55(a).  A proposed order is attached.

As set forth in the attached Declaration of Daniel M. Gluck, the City filed its Counterclaim via CM/ECF on October 3, 2022.  Plaintiff's counsel was served via CM/ECF.  The time within which Plaintiff may answer or otherwise move to respond to the Counterclaim has expired.  Plaintiff has not answered or otherwise moved to extend the time to answer the Counterclaim.

To the extent this request is deemed a motion pursuant to Local Rule 7.8, the undersigned contacted Plaintiff's counsel via email on November 16 and November 22, 2022, specifically to request a Rule 7.8 conference.  The undersigned also contacted Plaintiff's counsel via email on November 7 and November 11, and via phone on November 15 (leaving a message with Plaintiff's counsel's receptionist), to discuss this case generally, following the Court's ruling on Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunction.  Plaintiff's counsel did not respond to any of these communications.

DATED: Honolulu, Hawaiʻi, November 30, 2022.

By: /s/ Daniel M. Gluck
 DANIEL M. GLUCK
 Deputy Corporation Counsel